HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DANIELLE ROBERTSON, individually and in her capacity as Guardian of her minor daughters, Ir. N., and Im. N. individually; and, VAINQUEUR NIYOTWAGIRA, individually,

Plaintiffs,

v.

DELTA AIR LINES, INC., a foreign business corporation, registered in the State of Delaware; and JAPAN AIRLINES CO., LTD., a foreign business corporation, registered in Tokyo, Japan,

Defendants.

DONNA ROBERTSON, individually, and in her capacity as legal guardian of CARY BAYLIS,

Plaintiffs,

v.

DELTA AIR LINES, INC., a foreign business corporation, registered in the State of Delaware; and JAPAN AIRLINES CO., LTD., a foreign business corporation, registered in Tokyo, Japan,

Defendants.

Case No.: 2:25-cv-00434-TL
Consolidated

No 2:25-cv-001474-TL

ORDER GRANTING STIPULATED MOTION TO CONSOLIDATE

~~[PROPOSED]~~

[Clerk's Action Required]



**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

THIS MATTER having come before the Court on the Stipulated Motion to Consolidate and the Court having reviewed the files pleadings, and records herein, and being fully advised,

IT IS HEREBY ORDERED that the Stipulated Motion to Consolidate is GRANTED. The Court consolidates the following two related actions for all purposes, including trial: (1) *Danielle Robertson, et al., v. Delta Air Lines, Inc. and Japan Airlines Co., Ltd.,* No. 2:25-cv-00434-TL and (2) *Renardo Robertson v. Delta Air Lines, Inc. and Japan Airlines Co., Ltd.,* No. 2:26-cv-02839-TL.

The case *Renardo Robertson v. Delta Air Lines, Inc. and Japan Airlines Co., Ltd.,* No. 2:26-cv-02839-TL is consolidated into *Danielle Robertson, et al., v. Delta Air Lines, Inc. and Japan Airlines Co., Ltd.,* No. 2:25-cv-00434-TL, for all purposes, including trial.

All further pleadings shall be filed in the consolidated cases under the cause number No. 2:25-cv-00434-TL and the case schedule in *Danielle Robertson, et al., v. Delta Air Lines, Inc. and Japan Airlines Co., Ltd.,* No. 2:25-cv-00434-TL at Dkt. #31 shall govern the consolidated action, including the March 20, 2028 trial date.

Dated this 12th day of November 2026.

HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE



STOKES LAWRENCE, P.S.
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Presented by:

RUSSELL & HILL, PLLC

By: */s/ Dean F. Swanson*
Dean F. Swanson, WSBA #40638
Russell & Hill, PLLC
3811-A Broadway
Everett, WA 98201
425-212-9165
dean@russellandhill.com

Attorneys for Plaintiff Renardo Robertson

STOKES LAWRENCE, P.S.

By: */s/ Brett T. MacIntyre*
Caryn Geraghty Jorgensen (WSBA #27514)
Brett T. MacIntyre (WSBA #46572)
Samantha K. Pitsch (WSBA #54190)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
E-mail: caryn.jorgensen@stokeslaw.com
E-mail: brett.macintyre@stokeslaw.com
E-mail: samantha.pitsch@stokeslaw.com

Attorneys for Defendant Delta Air Lines, Inc.

HERRMANN LAW GROUP

By: */s/ Anthony Marsh*
Anthony Marsh (WSBA #45194)
Brittany Gautier (WSBA #64182)
505 Fifth Avenue, S., Suite 330
Seattle, WA 98104
Telephone: 206-625-9104
E-mail: anthony@herrmannlawgroup.com
E-mail: brittany@hlg.lawyer

Attorneys for Plaintiffs Donna Robertson and Danielle Robertson individually and in her capacity as Guardian of her minor daughters, Ir. N., and Im. N. individually; and, Vainqueur Niyotwagira, individually

CONDON & FORSYTH LLP

By: */s/ Marissa Lefland*
Mirin Park (WSBA #57983)
600 Stewart Street, Suites 300 & 400
Seattle, WA 98101
Telephone: 206-338-4240
E-mail: mpark@condonlaw.com

Bartholomew Banino (*Pro Hac Vice*)
Marissa Lefland (*Pro Hac Vice*)
7 Times Square, Suite 1800
New York, NY 10036
Telephone: 212-490-9100
E-mail: bbanino@condonlaw.com
E-mail: mlefland@condonlaw.com

Attorneys for Defendant Japan Airlines Co., Ltd.